**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-81568 | | Trustee Name: | Charles E. Covey |
| Case Name: | FNC CORPORATION | | Date Filed (f) or Converted (c): | 03/06/2018 (c) |
| For the Period Ending: | 06/30/2021 | | §341(a) Meeting Date: | 04/11/2018 |
| | | | Claims Bar Date: | 05/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Location: 8626 W. Wheeler Drive, Mapleton IL 61547 Fee simple $303,477.00 Tax records | $1,000,000.00 | $1,000,000.00 | | $0.00 | FA |
| 2  Business Checking PNC Bank Pekin | $8,400.00 | $8,400.00 | | $0.00 | FA |
| 3  Cash on hand | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 4  Raw materials Location: 8626 W. Wheeler Drive, Mapleton IL 61547 General retail merchandise offerd for sale, average daily inventory value including gas | $125,000.00 | $125,000.00 | | $0.00 | FA |
| 5  Location: 8626 W. Wheeler Drive, Mapleton IL 61547 Misc Business Equipment $184,574.00 Tax records | $265,000.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | **$1,403,400.00** | **$1,138,400.00** | | **$0.00** | **Gross Value of Remaining Assets $0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/29/2021 | Emailed Andy Covey and requested an update on preference/fraudulent transfers. |
| 05/28/2020 | Andrew Covey is still looking for preference/fraudulent transfers. |
| 09/16/2019 | Andrew Covey obtained default judgment against Mahmood & Alina Choudhari for $68K. Will proceed with citation when courts open up due to Covid. |
| 06/12/2019 | Andrew Covey is still looking for preference/fraudulent transfers. |
| 03/26/2019 | Application to Employ Andrew Covey filed. |

| Initial Projected Date Of Final Report (TFR): | 12/30/2019 | Current Projected Date Of Final Report (TFR): | 10/21/2021 | /s/ CHARLES E. COVEY |
|---|---|---|---|---|
| | | | | CHARLES E. COVEY |